IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hernandez, Veronica

Printed: 7/22/08

Case Number: 08 B 04118
Judge: Wedoff, Eugene R
Filed: 4/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Transferred: April 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fifth Third Bank | Secured | | No Claim Filed |
| 2. | Heggan, Kevin | Secured | | No Claim Filed |
| 3. | Saxon Mortgage Services Inc | Secured | | No Claim Filed |
| 4. | Care Credit | Unsecured | | No Claim Filed |
| 5. | Lenox Collections | Unsecured | | No Claim Filed |
| 6. | AT&T Wireless | Unsecured | | No Claim Filed |
| 7. | DuPage County | Unsecured | | No Claim Filed |
| 8. | American Express | Unsecured | | No Claim Filed |
| 9. | Household Credit Services | Unsecured | | No Claim Filed |
| 10. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 11. | Washington Mutual Providian | Unsecured | | No Claim Filed |

$ 0.00      $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate      Total Fees

$ 0.00

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hernandez, Veronica | Case Number:  08 B 04118 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  4/17/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

