```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 04118
    VERONICA HERNANDEZ
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1803

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 04/17/2008 and was confirmed 10/16/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  75.00%.

       The case was converted to chapter 7 after confirmation 01/08/2009.
------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
 GE MONEY BANK             NOTICE ONLY    NOT FILED            .00             .00
 FIFTH THIRD BANK          CURRENT MORTG       .00             .00             .00
 FIFTH THIRD BANK          SECURED NOT I   300.20              .00             .00
 KEVIN HEGGAN              NOTICE ONLY    NOT FILED            .00             .00
 KEVIN HEGGAN              SECURED NOT I 15392.30              .00             .00
 KEVIN W HEGGAN            UNSECURED     NOT FILED             .00             .00
 SAXON MORTGAGE SERVICES   CURRENT MORTG       .00             .00             .00
 SAXON MORTGAGE SERVICES   SECURED NOT I       .00             .00             .00
 SAXON MORTGAGE SERVICES   UNSECURED     NOT FILED             .00             .00
 AMERICAN EXPRESS CENTURI  UNSECURED     NOT FILED             .00             .00
 AT & T MOBILITY           UNSECURED     NOT FILED             .00             .00
 GE MONEY BANK             UNSECURED      1222.54              .00             .00
 DELL FINANCIAL SERVICES   UNSECURED      1710.40              .00             .00
 DUPAGE COUNTY CIRCUIT CR  UNSECURED     NOT FILED             .00             .00
 HSBC BANK NEVADA NA       UNSECURED      2854.62              .00             .00
 GE MONEY BANK             UNSECURED      4900.00              .00             .00
 WASHINGTON MUTUAL         UNSECURED     NOT FILED             .00             .00
 KIM SCIBELLI              NOTICE ONLY   NOT FILED             .00             .00
 FIFTH THIRD BANK          NOTICE ONLY   NOT FILED             .00             .00
 SAXON MORTGAGE SERVICES   NOTICE ONLY   NOT FILED             .00             .00
 GE MONEY BANK             UNSECURED       430.98              .00             .00
 BURNS & WINCEK LTD        DEBTOR ATTY   3,500.00                          2,227.20
 TOM VAUGHN                TRUSTEE                                           172.80
 DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                  2,400.00

 PRIORITY                                                .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 04118 VERONICA HERNANDEZ
```

```
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,227.20
TRUSTEE COMPENSATION                                            172.80
DEBTOR REFUND                                                      .00
                                  ----------------   ----------------
TOTALS                                    2,400.00           2,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 03/17/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```